IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CV641 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO VACATE |
| | ) | JUDGMENT AND |
| ROBERT S. DIKE, JR., et al., | ) | DISMISS COMPLAINT |
| | ) | |
| Defendant(s). | ) | |

Upon motion of the United States, and for good cause shown,

IT IS HEREBY ORDERED that the Judgment and Decree of Foreclosure and Order of Sale entered herein is dismissed together with Plaintiff's Complaint.

DATED this 29th day of June, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT COURT